UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| *Cherry*, 3:06-00977 | ) | |

## ORDER

Pending before the court is NPC's motion to vacate and dismiss. (DE 6627; Related Case 47) Although plaintiff discusses Texas law tangentially in his response to NPC's motion with respect to the rights of "heirs" when a decedent dies intestate (DE 6727, pp. 7-8; Related Case 51), nowhere in the record is it said definitively whether the late Ms. Cherry died testate or intestate. Plaintiff shall supplement the record **NOT LATER THAN** August 14, 2013, advising the court whether the late Ms. Cherry died testate or intestate.

It is so **ORDERED**.

**ENTERED** this the 7th day of August, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge